UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-80277-RAR

**ANDREW K. PROKOS**,

    Plaintiff,

v.

**RAY MIGNONE & ASSOCIATES, INC. and RAY MIGNONE**,

    Defendants.

_____/

## ORDER STRIKING NOTICE OF JOINT LIABILITY

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Joint Liability [ECF No. 25], filed on August 15, 2019. Plaintiff alleges that joint and several liability exists between Defendant Ray Mignone & Associates, Inc. and Ray Mignone. However, Plaintiff's claims against Defendant Ray Mignone were dismissed on July 31, 2019 after Plaintiff failed to perfect service on Defendant Ray Mignone [ECF No. 20]. Accordingly, only a single Defendant exists in this case, Ray Mignone & Associates. Where there is only a single Defendant in a case, this Court's Order on Default Final Judgment Procedure [ECF No. 24] requires Plaintiff to file a Motion for Default Final Judgment, not a Notice of Joint Liability. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Notice of Joint Liability [ECF No. 25] is **STRICKEN**. Plaintiff is ordered to file a Motion for Default Final Judgment in Compliance with this Court's August 8th Order [ECF No. 24] by no later than **August 27, 2019**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of August, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**