UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-80277-RAR

**ANDREW K. PROKOS**,

    Plaintiff,

v.

**RAY MIGNONE & ASSOCIATES, INC. and RAY MIGNONE**,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court *sua sponte*. On August 8, 2019, the Court issued an Order on Default Final Judgment Procedure [ECF No. 24], requiring Plaintiff to file a Motion for Default Judgment—where a single Defendant remains in the case—by August 15, 2019. The Order cautioned that failure to file the appropriate motion within the specified time frame would result in a dismissal without prejudice. Rather than file a Motion for Default Judgment, Plaintiff erroneously filed a Notice of Joint Liability [ECF No. 25]. The Court struck Plaintiff's Notice and ordered that Plaintiff file a Motion for Default Judgment by August 27, 2019 [ECF No. 26]. The deadline for compliance with this Court's Order has long passed, and to date, Plaintiff has not filed a Motion for Default Judgment, or filed a motion for extension of time within which to comply. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED**. The Clerk is directed to mark this case **CLOSED**. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 10th day of April, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**